**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS,

               Plaintiff,

    v.

JILL HUNSAKER RYAN, Executive Director of
the Colorado Department of Public Health &
Environment, in her official capacity,

               Defendant.

**Case No. 1:26-cv-03460**

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PRELIMINARY
INJUNCTION AND SUPPORTING MEMORANDUM IN EXCESS OF PAGE LIMIT**

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Motion for Preliminary Injunction and Supporting Memorandum in Excess of Page Limit, filed by Plaintiff National Association of Wholesaler-Distributors ("NAW").

NAW requests the excess pages to explain the statutory scheme and address the five constitutional claims at issue in this case. Accordingly, having considered Plaintiff's Unopposed Motion for Leave to File Motion for Preliminary Injunction and Supporting Memorandum in Excess of Page Limit, and good cause appearing,

IT IS HEREBY ORDERED the Motion for Leave to File Motion for Preliminary Injunction and Supporting Memorandum in Excess of Page Limit is GRANTED, and

IT IS FURTHER ORDERD that the Clerk of Court shall cause to be filed Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum, which is attached as Attachment A to the Motion for Leave to File Motion for Preliminary Injunction and Supporting Memorandum in Excess of Page Limit.

SO ORDERED.


Dated: _____, 2026


_____
[Name of Judge]
UNITED STATES DISTRICT JUDGE


COPIES TO:


Andrew J. Morris
Jacob H. Huebert
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22204
Counsel for Plaintiff National Association of Wholesaler-Distributors
(Served via ECF)


[Counsel for Defendant Jill Hunsaker Ryan, Executive Director of the Colorado Department of
Public Health & Environment, in her official capacity]
(Served via ECF)