IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 26-cv-03460-PAB

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

    Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public
Health & Environment, in her official capacity,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Motion for Preliminary Injunction and Supporting Memorandum in Excess of Page Limit [Docket No. 4]. Plaintiff seeks a page extension to file a combined 39-page motion for preliminary injunction and supporting memorandum of law. Docket No. 4 at 1. Pursuant to the Court's Practice Standards, "[m]otions and briefs shall be combined and will be considered one paper for purposes of computing page limitations." Practice Standards (Civil cases), Judge Philip A. Brimmer, § III.A. The Court finds that plaintiff does not provide good cause as to why it should be permitted to file a 39-page brief. The Court will allow plaintiff to file a 20-page motion for preliminary injunction.

The Court will allow defendant to file a 20-page response to plaintiff's motion for preliminary injunction. Plaintiff indicates that defendant requests an extension of three weeks to respond to the motion for preliminary injunction. Docket No. 4 at 2. The Court will grant this request. Pursuant to the Local Rules for the District of Colorado, a party typically has 21 days to file a response. D.C.COLO.LCivR 7.1(d). Thus, after the three-week extension, defendant shall have six weeks to respond to the motion for preliminary injunction.

Therefore, it is

**ORDERED** that Plaintiff's Unopposed Motion for Leave to File Motion for Preliminary Injunction and Supporting Memorandum in Excess of Page Limit [Docket No. 4] is **GRANTED in part and DENIED in part**. It is further

**ORDERED** that plaintiff shall file a motion for preliminary injunction, that shall not exceed **20 pages**.  It is further

**ORDERED** that defendant shall file a response to the motion for preliminary injunction, that shall not exceed **20 pages**.  It is further

**ORDERED** that defendant shall file a response **within six weeks** of plaintiff filing a motion for preliminary injunction.  It is further

**ORDERED** that plaintiff may file a reply in support of the motion for preliminary injunction, that shall not exceed **ten pages**.  It is further

**ORDERED** that plaintiff may file a reply in support of the motion for preliminary injunction **within ten days** of defendant filing a response.

DATED July 31, 2026.