Docusign Envelope ID: 27D21E9F-F51B-8470-8214-424F75022DBA

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>Plaintiff,<br><br>AUTO CARE ASSOCIATION,<br><br>Proposed-Intervenor Plaintiff,<br><br>v.<br><br>JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity.<br><br>Defendant. | Case No. 1:26-cv03460<br><br>**DECLARATION OF EDWARD A. HUGHES JR.** |

**DECLARATION OF EDWARD A. HUGHES JR. IN SUPPORT OF AUTO CARE ASSOCIATION'S MOTION TO INTERVENE**

I, Edward A. Hughes Jr., declare as follows:

1. I am Senior Director, Community Engagement of Plaintiff Auto Care Association ("Plaintiff" or "Auto Care Association"). I am over the age of eighteen and competent to testify in this matter. I make this declaration in support of Plaintiff's Motion to Intervene.

2. As Senior Director, Community Engagement of Auto Care Association, I have reviewed Auto Care Association records and information reported to me by Auto Care Association personnel or Auto Care Association member companies in the regular course of Auto Care

Docusign Envelope ID: 27D21E9F-F51B-8470-8214-424F75022DBA

Association's activities, including for matters related to Colorado's Producer Responsibility Program for Statewide Recycling Act (the "Act") and its extended producer responsibility ("EPR") requirements. I speak regularly with Auto Care Association members regarding EPR matters.

**Background**

3. Auto Care Association is a not-for-profit national trade association that represents the independent auto care industry and automotive aftermarket, including manufacturers, remanufacturers, distributors, retailers, suppliers, service and repair businesses, technology companies, and related market participants. Its members manufacture, distribute, sell, and install motor vehicle parts, accessories, tools, equipment, materials, supplies, and services.

4. Auto Care has nearly 3,000 direct members and affiliate companies and represents about 150,000 businesses in the automotive aftermarket including about 10,000 in Colorado. At least 14 direct members have a primary Colorado address.

5. Many members are mid-sized companies. They exceed the Act's small-business exemption but lack the scale and in-house compliance resources of large producers. We estimate that over 200 members fit into this category.

6. Many Auto Care Association members are businesses that manufacture, manage inventory, sell, distribute, supply, service, or support automotive aftermarket products and services across multiple states, including Colorado. Many Auto Care Association members may be "producers" under the Act because they import, sell, distribute, or supply packaged goods in or into Colorado, or import products later sold in Colorado, and these goods and/or the packaging in which they are contained are subject to the Act.

7. Auto Care Association has members that manufacture, distribute, sell, supply, or support automotive aftermarket products and services in Colorado from facilities both within and

outside the state, and whose operations span multiple jurisdictions with differing, and at times conflicting, EPR regimes (including those in the process of being implemented by other states). These members operate and coordinate logistics across state lines.

**Mission and Germaneness**

8. Advocacy is the Association's primary mission. It works to advance members' interests and defend the role they play in the American economy. The Association advocates at the state, agency and federal legislative and regulatory levels on issues of importance to the auto care industry.

9. Auto Care Association has tracked CAA and the Lubricant Packaging Mansgement Association ("LPMA")/Interchange 360's implementation of the Colorado Program Plan and its impact on Auto Care Association members. As a practical matter, the vast majority of producers subject to the Colorado law have no alternative to joining CAA and LPMA/Interchange 360. Complying with the Act's requirements independently is impossible for Auto Care Association members due to the prohibitively high costs that would be involved in doing so. Therefore, affected producers have no real choice but to join CAA and LPMA/Interchange 360.

10. Auto Care provides its members with comprehensive compliance resources and educational material regarding EPR, including a Colorado-specific compliance toolkit: https://www.autocare.org/epr-resources.

**Members were Told to Report and Pay Fees to both LPMA and CAA**

11. The Colorado Department of Public Health and Environment ("CDPHE") informed CAA that producers of petroleum and automotive products must register directly with LPMA. They must report primary packaging for products on LPMA's list to LPMA, and report secondary packaging and paper to CAA. To our knowledge, CAA and LPMA offers this information only to

Docusign Envelope ID: 27D21E9F-F51B-8470-8214-424F75022DBA

registered producers, not trade associations. Member companies learned of this requirement through direct communication with CDPHE.

12. To my knowledge, Auto Care members got registration deadlines and began receiving dues invoices from CAA and LPMA in 2026.

13. Auto Care is aware that many of its members have registered with both CAA and LPMA.

**Verification and Signature**

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this 10/12/2026 | 11:14 AM PDT day of October, 2026.

Signed by:

Edward A. Hughes

D9E393E897CD40C

**Edward A. Hughes Jr.**
Senior Director, Community Engagement
Auto Care Association