Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Proposed-Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity.

Defendant.

Case No. 1:26-cv03460

**DECLARATION OF JASON MCNEIL**

**DECLARATION OF JASON MCNEIL IN SUPPORT OF AUTO CARE ASSOCIATION'S MOTION TO INTERVENE**

I, Jason McNeil, declare the following:

1. I am Vice President of Merchandising at AutoZone, Inc. ("AutoZone"). I submit this declaration in support of Auto Care Association's Motion to Intervene in the above-captioned matter. The following facts are within my own personal knowledge. If called upon as a witness, I could and would competently testify thereto.

**Background**

2. AutoZone is a company incorporated in Nevada and headquartered in Tennessee. The company is publicly traded. As of May 26, 2026, AutoZone had 6,766 stores in the U.S., 933

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

in Mexico and 157 in Brazil, for a total store count of 7,856. AutoZone has 114 retail stores in Colorado. Globally, AutoZone employs over 135,000 employees, which we refer to as AutoZoners.

3. AutoZone is a leading retailer of automotive replacement parts and accessories in the Americas. Each store carries an extensive assortment of private-label and nationally brand products for cars, sport utility vehicles, vans and light duty trucks, including new and remanufactured automotive hard parts, maintenance items, and accessories. The majority of stores have a Commercial sales program that provides prompt delivery of parts and other products and Commercial credit to local, regional and national repair garages, dealers, service stations, fleet owners and other accounts. AutoZone also sells automotive hard parts, maintenance items, and accessories through www.AutoZone.com, and our Commercial customers can make purchases through www.AutoZonePro.com. Additionally, we sell the ALLDATA brand of automotive diagnostic, repair, collision and shop management software through www.ALLDATA.com. We also provide product information on our Duralast-branded products through www.DuralastParts.com. AutoZone does not derive revenue from automotive repair or installation services.

4. AutoZone relies on complex domestic and international supply chains to procure and sell goods throughout the United States, including in Colorado. This supply chain includes manufacturers, suppliers, distributors, importers, packaging providers, and other third-parties that may themselves be subject to regulation by Colorado's EPR Program. AutoZone regularly identifies and contracts with domestic and international suppliers to source products that AutoZone sells in Colorado. These entities vary significantly in size, operational sophistication, geographic location, technological capabilities, and recordkeeping practices. As a result, the availability,

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

format, and quality of product and packaging data may differ substantially from one supplier to another. Much of the information required for EPR reporting, including packaging composition, material weights, recyclability characteristics, and producer-related data, is created, maintained, or controlled by the manufacturers, distributors, importers or other entities and is not independently available to AutoZone. Accordingly, AutoZone must rely on the cooperation and responsiveness of current and former suppliers, manufacturers, and other business partners to obtain accurate product and packaging information necessary to assess compliance obligations and prepare required filings. Delays, gaps, or inaccuracies in information provided by these third-parties may directly impact AutoZone's ability to compile complete and accurate compliance data. Because many of these entities may also be subject to Colorado's EPR Program, their own compliance activities, data collection efforts, and reporting timelines can impact AutoZone's ability to satisfy regulatory requirements.

5. AutoZone does not manufacture any parts or products, and AutoZone does not control packaging decisions for products it sells. Suppliers, manufacturers, distributors, importers, and other entities that produce or supply products to AutoZone are solely responsible for decisions regarding product packaging, including packaging design, material selection, specifications, and composition. As a retailer, AutoZone relies on these entities to provide accurate and complete information regarding the products and packaging they manufacture, distribute, or supply. For AutoZone's private-label brands, which consist of products sold under AutoZone-owned trademarks, AutoZone provides manufacturers with a Product Requirements Document ("PRD"). The PRD is intended to provide the expectations for AutoZone's products and to serve as a guideline for delivering products that meet AutoZone's quality standards. However, the PRD does not prescribe how to design, manufacture, engineer, or compose the products or the product

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

packaging. That evaluation is solely the manufacturer's responsibility. AutoZone's role in its review of packaging for its private-label products is limited to ensuring features such as private-label style guides, piece count, distribution statement, and country of origin are present. The manufacturer is responsible for the final decisions related to packaging designs, material composition, and adherence to any regulatory requirements for their products or packaging.

6. AutoZone is a member of the Auto Care Association and has been since 1979.

**Participation in Colorado EPR**

7. AutoZone understands that Colorado interprets AutoZone to be a "producer" for purposes of Colorado's EPR Program.

8. As a producer under Colorado's EPR Program, AutoZone understands Colorado's interpretation to be that AutoZone must register with and submit fees to two separate, private entities: Circular Action Alliance ("CAA") and Interchange 360.

9. AutoZone has participated in Colorado's EPR Program, including registration with CAA and Interchange 360.

10. AutoZone's compliance obligations under Colorado's EPR Program are complicated by the nature of its product portfolio, supply chain structure, and sourcing practices. AutoZone sells a diverse mix of private-label products sourced from numerous domestic and international manufacturers, suppliers, distributors, and importers. Determining producer responsibility often requires a product-specific analysis of the applicable supply-chain relationships, ownership arrangements, sourcing model, and packaging information associated with each product.

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

The complexity is further increased by AutoZone's private-label product offerings. While AutoZone owns the trademarks associated with certain private-label brands, the products and their packaging are manufactured by third-party suppliers operating under various contractual arrangements. Multiple manufacturers may produce similar or substantially equivalent products under the same private-label brand, and those manufacturers may utilize different packaging materials, specifications, suppliers, and packaging configurations. As a result, packaging-related information must often be collected and evaluated at the supplier level rather than assumed across an entire product category or brand.

**Compliance and Operational Burden**

11. AutoZone has expended substantial internal resources in efforts to comply with Colorado's EPR Program. AutoZone has undertaken extensive efforts to evaluate the applicability of Colorado's EPR Program to its operations, determine producer obligations, identify covered products and packaging, and collect the information required for reporting. These efforts have required significant involvement from multiple internal departments, including Legal, Compliance, Supply Chain, and Merchandising. AutoZoners across the organization have dedicated hundreds of hours of time to reviewing regulatory requirements, identifying potentially covered products and packaging, developing internal processes to support compliance, assisting with outreach to suppliers for product and packaging information, and compiling reports for submittal. A substantial portion of AutoZone's compliance efforts has involved labor-intensive, manual analysis of product and packaging information. Because much of the data necessary to evaluate EPR obligations is not maintained by AutoZone and is instead controlled by manufacturers, suppliers, distributors, and importers, AutoZone has been forced to conduct extensive outreach to current and former suppliers to obtain product and packaging information.

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

This process has involved identifying appropriate supplier contacts, requesting and evaluating supplier data, reconciling inconsistent information, and validating supplier-provided records for reporting purposes. To help AutoZone with these efforts, it contracted with a third-party service provider, which resulted in substantial monetary costs over the last two years. This included the acquisition and implementation of specialized software designed to house, manage, and analyze packaging-related data required for regulatory compliance. In addition, AutoZone has implemented operational and process changes to support EPR compliance. These efforts include developing new procedures for collecting and maintaining packaging-related information for current and future suppliers, creating mechanisms to track supplier responses and supporting documentation, establishing internal review processes for evaluating producer responsibility, and enhancing cross-functional coordination among departments with responsibility for sourcing, product data, packaging, regulatory compliance, and reporting. Despite these substantial investments of time, labor, and financial resources, compliance remains challenging due to the complexity of AutoZone's product portfolio, the large number of suppliers and manufacturers involved in its supply chain, the varying quality and availability of supplier-provided data, and the need to validate and reconcile information obtained from numerous independent third-parties.

12. This burden is exacerbated by the requirement to report to two separate, private, third-party entities in CAA and Interchange 360. CAA and Interchange 360 are on different payment schedules and assess fees using different methods. CAA provides a range of potential fees for each kind of packaging material, a producer must submit an annual report with the packaging weight, and CAA provides an invoice after it finalizes the per-pound fee. For example, CAA may publish a conservative, intermediate, and high fee estimate for rigid plastics. Despite

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

their publishing potential ranges, AutoZone cannot accurately predict what fees it is expected to pay in a given year.

On the other hand, Interchange 360 charges producers $0.56 per gallon for the covered lubricant products, and AutoZone may report and pay either monthly, quarterly or annually. The fee is wholly disconnected from the cost of recycling the packaging material. Although Interchange 360 offers multiple reporting options, its reporting methodologies, calculation methods, and compliance timelines differ substantially from those used by CAA. Unlike CAA, which has sought to harmonize reporting processes across multiple states to facilitate more efficient submissions and consistent use of data and methodologies, Interchange 360 requires separate compliance approaches that cannot easily be integrated into existing reporting systems. As a result, producers such as AutoZone must maintain separate processes, datasets, compliance calendars, and auditing mechanisms to satisfy the requirements of both organizations, increasing compliance costs and operational burden without providing corresponding efficiencies.

13. The burden imposed by Colorado's EPR Program is extensive for a single state. And this burden is magnified by the fact that AutoZone must comply with EPR programs in at least six other states with more programs coming online each month. Each state program has its own product classifications, producer definitions and obligations, and legal requirements.

**Fee Impacts**

14. AutoZone filed reports with CAA in 2025 containing packaging data for calendar year 2024 and in 2026 for packaging data for calendar year 2025. CAA sent an invoice to AutoZone in January 2026 for over $160,000. AutoZone filed a report with Interchange 360 covering the planning fee period and filed quarterly reports for the implementation fee period (and

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

will file another quarterly report in October 2026). Interchange 360 has sent invoices to AutoZone totaling over $415,000. AutoZone has paid all invoices received to date.

15. These fees are set based on past data, using fee methodologies that are not available to AutoZone, making it essentially impossible for AutoZone to predict future fees or modify future behavior to avoid future fees.

**Costs Incurred as a Result of Colorado EPR**

16. AutoZone has incurred significant costs due to Colorado's EPR Program. These costs include expenditures for compliance infrastructure, software, third-party consultants and service providers, EPR fees, and extensive AutoZoner time devoted to compliance activities. The complexity of the program has required significant resources to collect and validate data, coordinate with suppliers, evaluate producer obligations, prepare required reports, and maintain ongoing compliance. The categories of costs and burdens described below are illustrative of the substantial resources AutoZone has devoted, and continues to devote, to Colorado's EPR Program. AutoZone also anticipates substantial future financial obligations associated with reporting, program administration, fee assessments, compliance oversight, and other costs necessary to maintain compliance with Colorado's EPR Program.

**(a) Infrastructure, software, personnel, and reporting costs.** AutoZone has incurred substantial costs associated with developing and maintaining the processes necessary to comply with Colorado's EPR Program, including expenditures for compliance service providers, software platforms, data collection and validation efforts, packaging reviews, supplier communications, and reporting preparation. These efforts have included approximately $390,000 in third-party consultants and software costs. Additionally,

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

AutoZone has devoted hundreds of internal labor hours to compliance activities. Although AutoZone can identify significant AutoZoner involvement, the total labor burden cannot be fully quantified because EPR-related responsibilities have required ongoing participation from AutoZoners across legal, compliance, merchandising, sourcing, information technology, finance, and other business functions. The complexity of identifying covered materials, obtaining and validating supplier data, and responding to evolving regulatory requirements has required extensive AutoZoner time that is not separately tracked for accounting purposes.

**(b) Fees, dues, assessments, and charges.** In addition to compliance implementation costs, AutoZone is subject to ongoing EPR fees associated with participation in Colorado's EPR Program. In Colorado alone, AutoZone has paid more than $575,000 to CAA and Interchange 360.

**Overall Business Impact and Irreparable Harm**

17. Colorado's EPR Program affects AutoZone's ability to compete, serve customers, operate efficiently, make pricing decisions, and freely participate in markets.

18. Colorado's EPR Program creates needless uncertainty and makes doing business in Colorado unnecessarily difficult. CAA's fees are not published until after reports are submitted and right before CAA starts issuing invoices. CAA's method for determining the fees they charge producers is vague and not subject to meaningful review by producers to predict what they will be required to pay when CAA issues invoices and whether the fees producers are paying are actually connected to the packaging that enters the waste stream. Interchange 360's charging fees by the gallon has no relation to the packaging entering the waste stream, and Interchange 360 has not

explained how they arrived at the fees that they charge. Further, given the complexities associated with Colorado's EPR Program, AutoZone retained a third-party vendor and packaging software at great expense to assist in collecting packaging information from the actual product manufacturers and compiling that data into reports that go to CAA and Interchange 360.

19. AutoZone is aware of additional harms from the Colorado EPR Program to customers, supply chain partners, and the general public. The costs and administrative burdens associated with compliance may extend beyond obligated producers and affect other participants throughout the supply chain.

20. For customers, EPR-related costs incurred by manufacturers, suppliers, distributors, and retailers may contribute to increased product prices, reduced product availability, changes in product offerings, or delays in bringing products to market. Compliance efforts may also require businesses to reevaluate product assortments and packaging configurations, which could affect consumer choice.

21. For supply-chain partners, including manufacturers, suppliers, distributors, importers, and packaging providers, compliance with Colorado's EPR Program requires significant investments of time and resources to collect, maintain, validate, and report packaging-related data. Many entities have been required to implement new recordkeeping practices, modify business processes, and dedicate personnel to compliance activities. These requirements may impose disproportionate burdens on smaller organizations with limited resources and compliance infrastructure.

22. More broadly, the public may experience indirect effects if compliance costs throughout the supply chain result in higher operating expenses, reduced competition, barriers to entry for smaller businesses, or reduced availability of certain products within the Colorado

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

marketplace. Additionally, resources devoted to regulatory compliance may reduce the ability of businesses to invest in other operational, technological, or customer-focused initiatives.

23. Colorado's EPR Program impacts AutoZone's operations beyond Colorado because AutoZone sources and sells products through an integrated national and international supply chain rather than maintaining separate sourcing and packaging systems for individual states. As a result, efforts to comply with Colorado's EPR Program often require operational changes that affect products, suppliers, business processes, and costs throughout AutoZone's broader operations.

24. Compliance with Colorado's EPR Program has increased costs associated with collecting, managing, validating, and maintaining packaging-related data. These costs include expenditures for specialized software, third-party consultants, supplier outreach efforts, compliance program development, and ongoing reporting activities. Because many of these systems and processes operate at a national level, the associated costs are not limited to products sold in Colorado and may affect operations in other states.

25. In addition, Colorado's EPR Program may influence packaging decisions made by manufacturers that supply products domestically. In some instances, manufacturers may elect to standardize packaging formats, material selections, labeling approaches, or data-management practices across their entire product portfolio rather than maintain separate processes for individual states. However, because of varying definitions and covered product categories in Colorado compared to other states, manufacturers' options are limited.

26. The complexity of determining producer responsibility and collecting packaging data may also affect product availability and sourcing flexibility. Some suppliers, particularly smaller manufacturers or suppliers with limited compliance resources, may decide not to

participate in certain markets or may limit product offerings due to the administrative and financial burdens associated with EPR compliance. This can reduce sourcing options and increase supply-chain costs across AutoZone's broader operations.

27. Finally, because several states have adopted or are considering EPR programs with differing requirements, AutoZone must continually evaluate and adjust its compliance processes to address evolving state-specific obligations. This requires ongoing investments in personnel, technology, supplier engagement, data management, and internal controls that support compliance across multiple jurisdictions, not just Colorado.

28. Although Colorado's EPR Program is state-specific, its operational impacts are not. The program affects product sourcing, supplier relationships, packaging data management, compliance infrastructure, and product costs throughout AutoZone's broader business operations, creating economic and administrative impacts that extend beyond Colorado's borders.

29. All of the harms described above are further amplified by Colorado's interpretation of its EPR framework, which AutoZone understands requires reporting and fee-payment obligations through both CAA, the designated Producer Responsibility Organization ("PRO") under Colorado law, and Interchange 360, as an Individual Program Plan. Although Interchange 360 is not designated as a PRO under Colorado's EPR statute, AutoZone nevertheless must devote significant resources to complying with separate reporting, registration, data collection, recordkeeping, and fee-payment requirements associated with both organizations. This dual-compliance structure creates substantial additional administrative and financial burdens. AutoZone must evaluate products and packaging under multiple compliance frameworks, maintain separate reporting processes, reconcile data requirements across organizations, and coordinate with suppliers and service providers to collect and validate information that may be required by one or

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

both entities. These efforts require additional AutoZoner time, management oversight, consultant support, software resources, and compliance-related expenditures.

30. The burden is particularly significant for products that are otherwise similar in function, composition, and use. Depending on branding, ownership, or producer-status determinations, substantially similar products may be subject to different reporting pathways, fee structures, or compliance obligations. As a result, AutoZone cannot rely on a single, consistent approach to product evaluation and reporting and instead must conduct additional product-level analyses to determine the appropriate compliance treatment.

31. Furthermore, compliance with multiple organizations increases the risk of inconsistent classifications, duplicative reporting obligations, conflicting data requirements, and administrative inefficiencies. The need to manage parallel compliance systems diverts resources that could otherwise be dedicated to serving customers, improving operations, or supporting the underlying objectives of the program. Accordingly, the requirement to comply with both CAA and Interchange 360 substantially increases AutoZone's compliance costs, administrative burden, and operational complexity beyond what would be required under a single-producer-responsibility framework.

32. AutoZone is not aware of any method to appeal fees or receive refunds for fees unlawfully or otherwise inappropriately assessed to AutoZone by Colorado, CAA, or Interchange 360.

Docusign Envelope ID: 129BF044-FBCD-8849-82D0-8DD5031F1DEA

## Verification and Signature

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this 13.00 day of October, 2026.

Signed by:
28AD4B3AD9434C1...

**Jason McNeil**
Vice President of Merchandising
AutoZone, Inc.