Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Proposed-Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity.

Defendant.

Case No. 1:26-cv03460

**DECLARATION OF MARK NUGENT**

**DECLARATION OF MARK NUGENT IN SUPPORT OF MOTION TO INTERVENE**

I, Mark Nugent, declare as follows:

1. I am the Chief Strategy & Sustainability Officer of TERREPOWER, LLC ("TERREPOWER"). I submit this declaration in support of Auto Care Association's Motion to Intervene in the above-captioned matter. The facts stated herein are based on my personal knowledge and on information within the scope of my responsibilities at TERREPOWER. If called upon to testify, I could and would competently testify to the facts set forth herein.

**Background**

2. TERREPOWER is a Delaware limited liability company headquartered in Alabama and Texas. TERREPOWER is privately held and operates internationally through three corporate centers and

Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

24 manufacturing and distribution centers, including 12 manufacturing centers and six distribution centers in the United States. Colorado is served through several of these facilities.

3. Founded in 1987, TERREPOWER is a global aftermarket remanufacturer specializing in high-quality components for the automotive and industrial markets. Its business is centered on remanufacturing—a process within the product life cycle that restores end-of-life products to a like-new condition—and sustainable manufacturing, which encompasses an environmentally responsible approach to the production of goods throughout the manufacturing process. In practical terms, TERREPOWER extends product life, reduces waste, conserves natural resources, and supports a circular economy. TERREPOWER's stated purpose and mission is to spread the power of sustainable manufacturing at scale.

4. TERREPOWER's products include starters, alternators, turbochargers, brake calipers, power steering racks and pumps, headlamps, lithium-ion batteries, hydraulic cylinders, pumps and motors, solar panels, power inverters, and other nondiscretionary parts. These products are remanufactured and sold through original-equipment service, aftermarket, collision, and e-commerce channels to multinational, national, regional, local, and direct-to-consumer customers.

5. TERREPOWER relies on complex, multinational supply chains to support the remanufacturing of U.S.-titled goods and the distribution of its products, including products supplied to customers and consumers in Colorado.

6. TERREPOWER supplies the U.S. automotive and industrial markets with products sold under its own brands and under private-label or licensed brands. The vast majority of TERREPOWER's products are private-labeled for customers in the original-equipment service ("OES") and aftermarket channels, and many of TERREPOWER's multinational and national customers mandate specific packaging and labeling requirements. Where TERREPOWER controls packaging decisions, it considers

environmental impact, material efficiency, and cost as part of its ordinary sustainable-manufacturing practices.

7. TERREPOWER is a global leader in sustainable manufacturing and the circular economy. In 2025, TERREPOWER's remanufacturing and circular production processes avoided more than 204,000 metric tons of carbon emissions, diverted approximately 170 million pounds of waste from landfills, recycled more than 380,000 gallons of water, treated 1.5 million gallons of process water on-site, reused more than 8 million boxes in support of a circular packaging model, and reused millions of pounds of steel, aluminum, copper, and plastic. TERREPOWER also decreased its Scope 3 emissions by 9%. These activities, among many others, extend product life cycles, conserve natural resources, reduce waste, and reduce demand for new manufacturing. Since its inception in 1987, TERREPOWER has remained focused on remanufacturing and has continuously improved its practices to use resources more efficiently, create value, and fulfill its responsibility to advance sustainable manufacturing and strengthen the circular economy.

8. TERREPOWER has been a member of the Auto Care Association since 2000 and has representation on the Board of Directors.

**Participation in Colorado EPR**

9. TERREPOWER understands that Colorado considers TERREPOWER a "producer" for purposes of at least some products subject to Colorado's extended producer responsibility ("EPR") requirements.

10. TERREPOWER has therefore participated in Colorado's EPR program and has registered, reported, paid applicable fees, and otherwise taken steps to comply with requirements administered through Circular Action Alliance ("CAA").

Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

11. Determining TERREPOWER's obligations is complex because its products include private-label, licensed, and TERREPOWER-branded products; different products and packaging may fall within different EPR programs or outside the scope of covered materials; customers may have different roles and contractual responsibilities; and products move through varied distribution channels and supply chains.

12. TERREPOWER's product mix also includes numerous packaging formats and materials. As a result, TERREPOWER must identify, classify, measure, and track packaging components at the product and customer level and determine where and to whom products are supplied. These determinations require coordination among sales, customer service, procurement, packaging, manufacturing, logistics, accounting, legal, compliance, and information-technology personnel and, in some cases, modifications to enterprise resource planning ("ERP") and reporting systems.

**Compliance and Operational Burden**

13. TERREPOWER has expended substantial internal resources to comply with Colorado's EPR requirements. Employees must identify covered products and packaging, collect and verify packaging and sales data, determine applicable producer responsibilities, respond to customer and regulatory requests, and prepare and submit required reports. These activities require substantial coordination across multiple business functions and have increased administrative and information-technology costs, as well as employee and management time.

14. The burden is compounded by the need to navigate separate compliance processes involving CAA and similar EPR programs. Because these programs address different but potentially overlapping products and materials, TERREPOWER must determine which requirements apply to each product and packaging component and ensure that data are reported to the appropriate entity. This creates additional opportunities for inconsistent classifications, duplicate data requests, inadvertent double-

counting or omissions, and reporting errors. Reconciling separate systems, requirements, deadlines, and fee structures requires additional personnel time and internal controls.

15. The burden of Colorado's program is further compounded by the growing number of state EPR programs, each of which may have different producer definitions, covered materials, reporting requirements, and fee structures. TERREPOWER must account for these differences across its nationwide operations, increasing the complexity and cost of maintaining a consistent manufacturing and distribution system. CAA currently administers EPR programs in multiple states, including Colorado, California, Maryland, Minnesota, Oregon, and Washington.

**Fee Impacts**

16. TERREPOWER has submitted required reports and has received and paid invoices from CAA for applicable program obligations.

17. TERREPOWER's ability to predict future EPR costs is limited. CAA explains that producer dues depend on factors including producer-reported supply data, program needs, state requirements, approved program plans, and the applicable fee-setting methodology. CAA's published materials also state that fee schedules may vary based on material type and other factors. Similar EPR programs likewise contemplate fee schedules that may change over time.

18. Because TERREPOWER sells products through multinational, national, and regional customers, EPR costs incurred as a result of Colorado's requirements may affect pricing and contractual negotiations beyond Colorado. Where those costs cannot be recovered through existing contracts or customer pricing, TERREPOWER must absorb them or consider changes to pricing, products, packaging, or distribution.

19. As a remanufacturer, TERREPOWER is also disproportionately affected by the CAA methodology used to calculate Colorado EPR fees because that methodology does not fully account for

Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

the nearly four decades of continuous improvements TERREPOWER has made to advance sustainability and the circular economy. In my experience, evaluating only more recent improvements can effectively provide greater recognition to manufacturers that have more recently adopted practices that TERREPOWER has employed and refined for decades, without providing comparable recognition for TERREPOWER's longstanding investments and achievements in remanufacturing and sustainable manufacturing.

**Costs Incurred as a Result of Colorado EPR**

20. TERREPOWER has incurred, and expects to continue incurring, significant costs associated with Colorado's EPR requirements. These costs include EPR fees, employee labor, administrative and information-technology costs, outside consultant and professional fees, product and packaging analysis, data collection and reporting, system and process changes, customer compliance requests, and inventory and supply-chain impacts. These costs increase the expense of doing business and may not be fully recoverable through existing customer contracts or pricing.

21. The program may also create unintended environmental consequences if compliance costs make recycled, recovered, remanufactured, or reused products or materials less economically competitive with virgin materials or newly manufactured products. To the extent that occurs, the resulting economic incentives could reduce demand for circular manufacturing, discourage recovery and remanufacturing, and increase reliance on virgin resources—potentially undermining the environmental objectives that Colorado's EPR requirements are intended to advance. The magnitude of any such effects will depend on how EPR costs are allocated and how businesses respond to them.

**Overall Business Impact**

22. Colorado's EPR requirements affect TERREPOWER's ability to forecast costs, establish pricing, negotiate contracts, manage inventory, serve customers, and operate efficiently. The requirements

Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

introduce uncertainty because future costs depend on material volumes, packaging composition, applicable fee methodologies, program requirements, and other factors that may change over time. Compliance also requires detailed data collection and reporting, additional personnel and systems, and ongoing coordination among multiple departments and external parties.

23. As a manufacturer of both private-label and TERREPOWER-branded products, TERREPOWER may also bear indirect costs arising from customer-directed packaging changes, material substitutions, production changes, obsolete inventory, additional freight and warehousing, and other supply-chain adjustments. Because companies may adopt a single packaging specification nationwide rather than maintain separate Colorado-specific configurations, Colorado requirements can influence products and operations outside Colorado.

24. These effects can extend through TERREPOWER's customers and suppliers to distributors, retailers, and consumers. The resulting costs may be reflected in higher product prices, reduced margins, changes in product offerings, or additional supply-chain complexity. They may also affect TERREPOWER's ability to make long-term purchasing, inventory, capital-investment, and production decisions with confidence.

25. The complexity is further increased by TERREPOWER's need to determine which products and packaging are subject to CAA requirements, which are outside the applicable programs, and which party bears responsibility under particular customer, brand, licensing, and supply-chain arrangements. TERREPOWER must maintain controls to prevent products from being omitted, misclassified, or reported more than once.

26. TERREPOWER has incurred costs and devoted substantial resources to complying with these requirements, while its ability to predict and recover those costs remains limited. The resulting

Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

uncertainty and administrative burden materially affect TERREPOWER's ordinary business planning, pricing, contracting, manufacturing, and supply-chain operations.

**Overall Consumer and Societal Impact**

27. Colorado's EPR requirements are likely to affect consumers because at least some portion of the resulting costs may ultimately be reflected in consumer prices. Remanufactured products typically sell at a discount compared with virgin or newly manufactured products. Accordingly, price-sensitive consumers may be disproportionately affected because they often rely on remanufactured products to keep vehicles or equipment operating safely and affordably. It is foreseeable that some consumers may defer or forego necessary repairs or replacement of nondiscretionary vehicle and equipment components as a result of increased costs, potentially contributing to safety risks and hazards both on and off the highway.

28. In addition, certain nondiscretionary components may implicate environmental concerns if delayed repairs or replacements result in leaking fluids or impaired emissions-control systems. Manufacturers and remanufacturers operate within regulatory frameworks at both the federal and state levels, but consumers ultimately must make decisions that balance safety, necessity, quality, and affordability. EPR-related price increases may therefore affect those decisions, particularly for consumers who have limited financial flexibility.

**Verification and Signature**

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this 10/14/2026 | 10:41 AM EDT ____ day of October, 2026.

Docusign Envelope ID: E3024613-B3A4-8E8C-8360-7FD2BCEB51E9

Signed by:
Mark Nugent
0DF1056293E94DC...

**Mark Nugent**
Chief Strategy & Sustainability Officer
TERREPOWER, LLC