**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Proposed-Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity.

Defendant.

Case No. 1:26-cv03460

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Having considered Proposed-Intervenor Plaintiff Auto Care Association's Motion to Intervene, the proposed Complaint in Intervention, and any responses thereto, the Court finds good cause to grant the requested relief.

IT IS HEREBY ORDERED that:

1. Auto Care Association's Motion to Intervene is GRANTED.
2. Auto Care Association is permitted to intervene as a Plaintiff in this action.
3. The Clerk of Court shall file Auto Care Association's Complaint in Intervention.
4. Defendant shall respond to Auto Care Association's Complaint in Intervention within [__] days after entry of this Order.

DATED: ____________________, 2026.

BY THE COURT:

____________________________________

UNITED STATES DISTRICT JUDGE