# ATTACHMENT B

Select Language

COLORADO
Department of Public Health & Environment
(/)



# New statewide recycling plan paves the way for free recycling access

**Denver (Dec. 10, 2025):** The Colorado Department of Public Health and Environment has approved the state's new Producer Responsibility Program for Statewide Recycling, marking a major step toward free, convenient recycling for every Colorado household.

The program shifts the cost of recycling from residents and local governments to the companies that produce packaging. It is industry-funded, industry-run, and creates incentives for companies to design more sustainable and reusable packaging.

> "This plan reflects the work of countless partners across the full recycling system – from the companies designing packaging to the facilities turning recycled materials into new products," said Jill Hunsaker Ryan, executive director of CDPHE. "By expanding convenient recycling access, encouraging smarter packaging, and strengthening in-state end markets, Colorado is building a system that works better for communities, businesses, and our environment."

> "This program will provide a convenient, cost-effective, statewide recycling system – with free and equitable access for all Colorado residents," said Tracie White, director of CDPHE's Hazardous Materials and Waste Management Division.

## Why this matters

Many Coloradans – especially those in multi-unit housing or rural areas – currently lack access to recycling. The approved plan is projected to bring no-cost recycling to an estimated 700,000 more households.

## A big jump in recycling rates

Colorado's recycling rate for paper and packaging is projected to increase from 25% to 58% by 2035 under the program.

## Clear, consistent rules statewide

The program will standardize what can be recycled across Colorado and roll out educational tools to reduce confusion.

# Financial relief for local governments

Municipalities will no longer pay to provide recycling. Circular Action Alliance will reimburse all net recycling costs for local governments.

# Economic impact

Colorado is expected to see major economic benefits, including:

- $31 million in additional annual wages.
- Approximately 7,900 new direct and indirect green jobs.
- Investments to lay the groundwork for a strong and growing circular economy in the state.

# Environmental impact

By 2035, the program is projected to:

- Avoid 1.3 million metric tons of greenhouse gas emissions annually – equal to taking 278,000 cars off the road each year.
- Reduce landfill waste by 410,000 tons annually.

# How we got here

- Since the General Assembly passed HB22-1355 (https://leg.colorado.gov/bills/hb22-1355) in 2022 – CDPHE, the Producer Responsibility Advisory Board (/hm/prab-members), and Circular Action Alliance (https://circularactionalliance.org/) have been working to build this program from the ground up.
- A statewide needs assessment (https://static1.squarespace.com/static/64260ed078c36925b1cf3385/t/6799420fed5d6f0caf9b978f/1743456731209/Needs+Assessment+Full+Report+2025.pdf) in 2023 mapped current recycling access and infrastructure across Colorado.
- In 2024 and 2025, Circular Action Alliance gathered extensive stakeholder feedback to shape the final program plan (https://oitco.hylandcloud.com/cdphermpop/docpop/docpop.aspx?docid=45645438).
- The plan approval puts the program on track for implementation and major improvements to recycling access and environmental outcomes statewide.

###

## Recent

### Colorado strengthens its oil and gas oversight, surpassing federal methane reduction requirements (/press-release/colorado-strengthens-its-oil-and-gas-oversight-surpassing-federal-methane-reduction)

To surpass federal EPA guidelines and accelerate methane reductions, the Colorado Air Quality Control Commission completed three rulemaking hearings to update Colorado Air Quality Control Commission…

### Colorado Green Business Network honors 2026 sustainability award recipients (/press-release/colorado-green-business-network-honors-2026-sustainability-award-recipients)

Today, the Colorado Green Business Network presented Sweet Escape Pastries with the 24-Karat Gold Award for its commitment to sustainability and the success of the organization’s comprehensive waste…

### State public health officials confirm measles case in a visitor to Colorado (/press-release/public-health-officials-confirm-measles-case-in-visitor)

The Colorado Department of Public Health and Environment is alerting the public to potential measles exposure locations following a confirmed case in an unvaccinated out-of-state visitor.