**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Proposed-Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity,

Defendant.

Case No. 1:26-cv-03460

**NOTICE OF AUTO CARE ASSOCIATION'S CORRECTED MOTION TO INTERVENE AND CORRECTED PROPOSED COMPLAINT IN INTERVENTION**

**NOTICE OF AUTO CARE ASSOCIATION'S CORRECTED MOTION TO INTERVENE AND CORRECTED PROPOSED COMPLAINT IN INTERVENTION**

Pursuant to D.C.COLO.ECFCiv.P. 4.11(a) and D.C.COLO.LCivR 15.1(a), Proposed-Intervenor Plaintiff Auto Care Association ("Auto Care Association") provides notice that its previously filed Motion to Intervene and Memorandum of Law in Support and Proposed Complaint in Intervention contained inadvertent clerical and typographical errors.

Corrected versions of the Motion to Intervene and Memorandum of Law in Support and the Proposed Complaint in Intervention are attached as Exhibits 1 and 2, respectively. Pursuant to D.C.COLO.LCivR 15.1(a), Exhibits 3 and 4 are redlined versions comparing the corrected filings to the versions previously filed, with deletions shown by strike-through and additions shown by underlining. Apart from the corrections reflected in Exhibits 3 and 4, the filings are unchanged.

Dated: October 16, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Amir A. Shakoorian*
Amir A. Shakoorian (Atty. Reg. No. 62545)
1801 California Street, Suite 5000
Denver, Colorado 80202
Amir.Shakoorian@hklaw.com

Rafe Petersen (Admission to the U.S. District Court for the District of Colorado forthcoming)
Maggie P. Pahl (Admission to the U.S. District Court for the District of Colorado forthcoming)
800 17th St., NW, Suite 1100
Washington, DC 20006
Rafe.Petersen@hklaw.com
Maggie.Pahl@hklaw.com

*Attorneys for Auto Care Association*

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, I electronically filed the foregoing Notice of Auto Care Association's Corrected Motion to Intervene and Corrected Proposed Complaint in Intervention using the Court's CM/ECF system, which will send notice of the filing to all counsel of record who are registered CM/ECF participants.

/s/ Amir A. Shakoorian
Amir A. Shakoorian