IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 26-cv-03460-PAB-NRN | Date: October 21, 2026 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>Plaintiff, | Jacob Huebert<br>Andrew Morris |
| v. | |
| JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public Health & Environment, in her official capacity,<br><br>Defendants. | Pawan Nelson<br>Rebecca Fischer |

**COURTROOM MINUTES**

**TELEPHONIC SCHEDULING CONFERENCE**

**11:29 a.m. Court in session.**

Court calls case. Appearances of counsel. Attorney Maggie Pahl also present via telephone on behalf of Proposed-Intervenor Plaintiff Auto Care Association.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **October 30, 2026**.

Joinder of Parties/Amendment to Pleadings: **December 4, 2026**

Discovery Cut-off: **March 22, 2027**

Dispositive Motions Deadline: **April 21, 2027**

Each side shall be limited to **6** depositions, excluding experts.
Depositions shall not exceed 7 hours.

Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to **2** expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **January 26, 2027**
Disclosure of Rebuttal Experts: **February 25, 2027**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Telephonic **Status Conference** is set for January 13, 2027 at 10:30 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294.

Telephonic **Final Pretrial Conference** is set for June 9, 2027 at 10:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

**Five minutes prior to the start of the hearings, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

The Court will hear oral argument on the Motion to Intervene and Memorandum of Law in Support of Auto Care Association's Motion to Intervene as Plaintiff (Dkt. #22) on November 6, 2026 at 9:30 a.m. in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294.

**11:54 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:25

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at (303) 629-8534.