**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Proposed-Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity.

Defendant.

Case No. 1:26-cv-03460

**NOTICE OF APPEARANCE OF RAFE PETERSEN**

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the Bar of this Court, and I appear in this case as counsel for Auto Care Association.

Date: October 28, 2026

Rafe Petersen (DC#465542)
Holland and Knight, LLP
800 17th Street, NW
Suite 1100
Washington, DC 20006
202-419-2481
Rafe.petersen@hklaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who are registered CM/ECF users in this case.

Rafe Petersen (DC#465542)
Holland and Knight, LLP
800 17th Street, NW
Suite 1100
Washington, DC 20006
202-419-2481
Rafe.petersen@hklaw.com