**TIN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Proposed-Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity.

Defendant.

Case No. 1:26-cv03460

**NOTICE OF RE-FILING OF ATTACHMENT L TO ECF NO. 22**

Proposed-Intervenor Plaintiff Auto Care Association, by and through undersigned counsel, hereby provides notice that it is re-filing Attachment L to ECF No. 22, originally filed on October 15, 2026.

Attachment L was originally filed as ECF No. 22-20 but is unable to be viewed or downloaded through the Court's CM/ECF system. Accordingly, Auto Care Association is re-filing Attachment L to ensure that the attachment is accessible through the docket.

The re-filed Attachment L is the same attachment submitted with ECF No. 22 on October 15, 2026. This re-filing is being made solely to address the accessibility issue with ECF No. 22-20 and does not otherwise alter or amend ECF No. 22.

DATED: October 28, 2026

HOLLAND & KNIGHT LLP

*/s/ Amir. A Shakoorian*
Amir A. Shakoorian, (Atty. Reg. No. 62545)
1801 California Street, Suite 5000
Denver, Colorado 80202
Amir.Shakoorian@hklaw.com

Rafe Petersen (DC#465542)
Maggie P. Pahl (DC#90026649)
800 17th St., NW, Suite 1100
Washington, DC 20006
Rafe.Petersen@hklaw.com
Maggie.Pahl@hklaw.com

*Attorneys for Auto Care Association*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I electronically filed the foregoing Notice of Re-Filing of Attachment L to ECF No. 22, together with the re-filed Attachment L, using the Court's CM/ECF system, which will send notice of the filing to all counsel of record who are registered CM/ECF participants.

*/s/ Amir A. Shakoorian*
Amir A. Shakoorian