**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03460-PAB-NRN

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity,

Defendant.

---

**DEFENDANT'S NOTICE OF WITHDRAWAL OF OPPOSITION TO AUTO CARE ASSOCIATION'S MOTION TO INTERVENE AS PLAINTIFF (ECF NO. 22) AND REQUEST TO VACATE ORAL ARGUMENT**

---

Defendant, Jill Hunsaker Ryan, the Executive Director of the Colorado Department of Public Health and Environment (the Department), respectfully submits this Notice of Withdrawal of Opposition to Auto Care Association's Motion to Intervene as Plaintiff filed on October 15, 2026 (ECF No. 22).[1] Although Defendant initially opposed the Motion to Intervene when Auto Care Association conferred before filing, Defendant hereby withdraws its opposition to the Motion to Intervene.

---

[1] Auto Care Association's conferral certificate in its Motion to Intervene as Plaintiff incorrectly stated that "Plaintiff's counsel indicated that the[y] oppose and Defendant's counsel indicated that they consent." ECF No. 22 at 9. In reality, Defendant's counsel indicated that they opposed, and Plaintiff's counsel indicated that they consent.

Additionally, Defendant requests that Oral Argument on the Motion to Intervene, scheduled for November 6, 2026, at 9:30 a.m., be vacated.

Dated November 3, 2026.

PHILIP J. WEISER
Attorney General

s/ Rebecca J. Fischer

***Rebecca J. Fischer****
Senior Assistant Attorney General
Natural Resources and Environment Section
Office of the Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6265
E-mail: rebecca.fischer@coag.gov

s/ Pawan Nelson

***Pawan Nelson****
Senior Assistant Attorney General
Civil Litigation and Employment Section
Office of the Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6578
E-mail: pawan.nelson@coag.gov

Attorneys for Colorado Department of Public Health and Environment
*Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I electronically filed the foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL OF OPPOSITION TO AUTO CARE ASSOCIATION'S MOTION TO INTERVENE AS PLAINTIFF (ECF NO. 22) AND REQUEST TO VACATE ORAL ARGUMENT** by filing it with the Clerk of Court using the CM/ECF system which will send notification of such filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

s/ Laura F. Kelly

***Laura F. Kelly***
Senior Paralegal
Hazardous and Solid Waste/CERCLA Unit
Natural Resources and Environment Section
Office of the Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6301
E-mail: laura.kelly@coag.gov