IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03460-PAB-NRN

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

v.

JILL HUNSAKER RYAN, Executive Director of the Colorado Department of Public Health & Environment, in her official capacity,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

In light of Defendant's Notice of Withdrawal of Opposition (ECF No. 30), it is hereby ORDERED that Proposed-Intervenor Plaintiff Auto Care Association's Motion to Intervene and Memorandum of Law in Support of Auto Care Association's Motion to Intervene as Plaintiff (ECF No. 22) is GRANTED.

It is further ORDERED that the hearing scheduled for November 6, 2026 at 9:30 a.m. is VACATED.

**The parties should confer in light of the intervention and if they believe a follow-up scheduling conference is appropriate, they should promptly contact chambers to request such a conference.**

Date: November 5, 2026