**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03460-PAB-NRN

National Association of Wholesaler-Distributors,

Plaintiff,

v.

Jill Hunsaker Ryan,

Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

National Association of Wholesaler-Distributors.

DATE: November 16, 2026.

*s/ Faith Anne Scrivo*

Faith Anne Scrivo
Name of Attorney

New Civil Liberties Alliance
Firm Name

4250 N Fairfax Dr., Suite 300
Office Address

Arlington, VA 22203
City, State, ZIP Code

202-967-2505
Telephone Number

Faith.scrivo@ncla.legal
Primary CM/ECF E-mail Address

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16 day of November, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who are registered CM/ECF users in this case.

*s/ Faith Anne Scrivo*
Faith Anne Scrivo
New Civil Liberties Alliance
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203