**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>Plaintiff,<br><br>AUTO CARE ASSOCIATION,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity,<br><br>Defendant. | Case No. 1:26-cv-03460<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

**<u>RULE 7.1 DISCLOSURE STATEMENT OF AUTO CARE ASSOCIATION</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Intervenor Plaintiff Auto Care Association certifies the following:

Auto Care Association has no parent corporation and no publicly held corporation owns any stock in Auto Care Association.

Date: November 16, 2026

Respectfully Submitted,

HOLLAND & KNIGHT LLP

<u>/s/ Amir A. Shakoorian</u>

Amir A. Shakoorian (Atty. Reg. No. 62545)
1801 California Street, Suite 5000
Denver, Colorado 80202
Amir.Shakoorian@hklaw.com

Rafe Petersen (DC#465542)
Maggie P. Pahl (DC#90026649)
800 17th St., NW, Suite 1100
Washington, DC 20006
Rafe.Petersen@hklaw.com
Maggie.Pahl@hklaw.com

*Attorneys for Auto Care Association*

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2026, I electronically filed the foregoing Rule 7.1 Disclosure Statement of Auto Care Association using the Court's CM/ECF system, which will send notice of the filing to all counsel of record who are registered CM/ECF participants.

/s/ Amir A. Shakoorian
Amir A. Shakoorian (Atty. Reg. No. 62545)
1801 California Street, Suite 5000
Denver, Colorado 80202
Amir.Shakoorian@hklaw.com