**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03460-PAB-NRN

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

AUTO CARE ASSOCIATION,

Intervenor Plaintiff,

v.

JILL HUNSAKER RYAN, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, in her official capacity,

Defendant.

---

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO INTERVENOR PLAINTIFF AUTO CARE ASSOCIATION'S COMPLAINT**

---

Pursuant to United States District Court Rule for the District of Colorado 6.1, Intervenor Plaintiff Auto Care Association ("Auto Care"), by and through its counsel, and Defendant Jill Hunsaker Ryan, Executive Director of the Colorado Department of Public Health & Environment, in her official capacity (the "Department"), by and through the Colorado Attorney General's Office, hereby stipulate to a 21-day extension of time for the Department to answer or otherwise respond to Auto Care's Complaint up to and including December 18, 2026.

1. Auto Care filed its Notice of Corrected Motion to Intervene and Corrected Proposed Complaint in Intervention on October 16, 2026 (ECF No. 24 – 24.4).

2. The Court granted Auto Care's Motion to Intervene as Plaintiff on November 5, 2026 (ECF No. 33) making the Department's Answer currently due by November 27, 2026.
3. The Department and Auto Care have stipulated to an extension of 21 days.
4. No extensions or continuances between Auto Care and the Department have been previously requested.
5. Thus, the Department's response to Auto Care's Complaint is now due on December 18, 2026. *See* D.C.COLO.LCivR 6.1(a).

Respectfully submitted on November 25, 2026.

PHILIP J. WEISER
Attorney General

s/ Rebecca J. Fischer
***Rebecca J. Fischer****
Senior Assistant Attorney General
Office of the Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6265
Email: rebecca.fischer@coag.gov
*Attorneys for Defendant Colorado Department of Public Health and Environment*
*Counsel of Record

s/ Amir A. Shakoorian Tabrizi
***Amir A. Shakoorian Tabrizi***
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071-2017
Telephone: (213) 896-2578
Email: amir.shakoorian@hklaw.com
*Attorneys for Intervenor Plaintiff Auto Care Association*

CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2026, I electronically filed the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO INTERVENOR PLAINTIFF AUTO CARE ASSOCATION'S COMPLAINT** by filing it with the Clerk of Court using the CM/ECF system which will send notification of such filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

Additionally, pursuant to D.C.Colo.L.CivR 7.1(c), this Stipulation was served via email contemporaneously on Defendant as follows:

jill.hunsakerryan@state.co.us
Jill Hunsaker Ryan, Executive Director
Colorado Department of Public Health and Environment

ann.hause@state.co.us
Ann Hause, Director of Legal and Regulatory Compliance
Colorado Department of Public Health and Environment

s/ Laura F. Kelly

***Laura F. Kelly***
Senior Paralegal
Hazardous and Solid Waste/CERCLA Unit
Natural Resources and Environment Section
Office of the Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6301
E-mail: laura.kelly@coag.gov